IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DENYONNA N. REED,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO. SA-22-CA-68-FB** |
| | ) | |
| **I.Q. DATA INTERNATIONAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is the status of the above-styled and numbered cause. The Scheduling Order deadlines have run, the Magistrate Judge has returned this case, and the Court has ruled on any dispositive motions which were filed. At this juncture, it is the usual practice of this Court to inquire whether the parties may be able to resolve their differences short of a trial.

IT IS THEREFORE ORDERED that the parties shall file, **on or before September 28, 2023,** an advisory indicating the status of this case. Should the parties need additional time to evaluate the case, the status report should include a request for extension of time. However, given the age of the above-styled and numbered cause, any requested extension shall be limited to ninety days.

It is so ORDERED.

SIGNED this 7th day of September, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE