# Dylan Bass

| | |
|---|---|
| **From:** | Alisha Brooks <abrooks@cohenesrey.com> |
| **Sent:** | Wednesday, October 25, 2023 3:45 PM |
| **To:** | Dylan Bass |
| **Cc:** | Lee Staley; Benjamin Hamel; Rebecca Flynn; Kimberly Palmer; Kristina Viera; Dee Bosier |
| **Subject:** | RE: Reed v. IQ Data - Lofts at Ventura |

You are welcome.  Have a great rest of your day.


Thanks,


Alisha Brooks

Regional Manager, Cohen-Esrey Communities
(913) 671-3311 | abrooks@cohenesrey.com



8500 Shawnee Mission Pkwy, Suite 150
Merriam, KS 66202
www.CohenEsrey.com | (913) 671-3300

**We empower people to thrive**


**From:** Dylan Bass <dbass@serpeandrews.com>
**Sent:** Wednesday, October 25, 2023 3:41 PM
**To:** Alisha Brooks <abrooks@cohenesrey.com>
**Cc:** Lee Staley <LStaley@serpeandrews.com>; Benjamin Hamel <BHamel@serpeandrews.com>; Rebecca Flynn <RFlynn@serpeandrews.com>; Kimberly Palmer <kpalmer@serpeandrews.com>; Kristina Viera <kviera@cohenesrey.com>; Dee Bosier <Dee.Bosier@LiveWellCE.com>
**Subject:** RE: Reed v. IQ Data - Lofts at Ventura

Ms. Brooks,

Thank you for providing this information.

Regards,

**Dylan Bass**
Associate Attorney



**EXHIBIT D**

2929 A<small>LLEN</small> P<small>ARKWAY</small>, S<small>UITE</small> 1600 | H<small>OUSTON</small>, T<small>EXAS</small> 77019

713.452.4452 D<small>IRECT</small> | 713.452.4400 M<small>AIN</small> | 713.452.4499 <small>FAX</small>

dbass@serpeandrews.com | www.serpeandrews.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the individual(s) or organization named above. If you are not the intended recipient or an authorized representative of the recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email or phone, and delete this email from your system.

**From:** Alisha Brooks <abrooks@cohenesrey.com>
**Sent:** Wednesday, October 25, 2023 3:29 PM
**To:** dbass@serpeandrew.com
**Cc:** Lee Staley <LStaley@serpeandrews.com>; Benjamin Hamel <BHamel@serpeandrews.com>; Rebecca Flynn <RFlynn@serpeandrews.com>; Kimberly Palmer <kpalmer@serpeandrews.com>; Kristina Viera <kviera@cohenesrey.com>; Dee Bosier <Dee.Bosier@LiveWellCE.com>
**Subject:** FW: Reed v. IQ Data - Lofts at Ventura

Good Afternoon,

==The below information is correct. The only information I can give is the score card, in which shows that Ms. Reed was not denied housing with The Lofts at Ventura due to any criminal or credit/background check. The Lofts at Ventura is a LIHTC program and does require the entire file to go through processing with our compliance department to ensure the applicant meets all of the qualifications to be fully approved for the program. This process was not completed due to the applicant cancelling the application and/or not responding to our request to gather the information needed to further process to meet the LIHTC program qualification requirements. Please see the attached score card for Denyonna Reed.==

Hope this helps.

Thanks,

Alisha Brooks
Regional Manager, Cohen-Esrey Communities
(913) 671-3311 | abrooks@cohenesrey.com



8500 Shawnee Mission Pkwy, Suite 150
Merriam, KS 66202
www.CohenEsrey.com | (913) 671-3300

**We empower people to thrive**

**From:** Dylan Bass <dbass@serpeandrews.com>
**Sent:** Wednesday, October 25, 2023 2:34 PM
**To:** Alisha Brooks <abrooks@cohenesrey.com>
**Cc:** Lee Staley <LStaley@serpeandrews.com>; Benjamin Hamel <BHamel@serpeandrews.com>; Rebecca Flynn

**EXHIBIT D**

<RFlynn@serpeandrews.com>; Kimberly Palmer <kpalmer@serpeandrews.com>
**Subject:** Reed v. IQ Data - Lofts at Ventura

Hi Ms. Brooks,

Thank you for speaking with me today. As we discussed, our law firm represents I.Q. Data International, Inc. (a third-party debt collection agency) in a lawsuit that was filed by Denyonna Reed in which one of the allegations is that she was denied housing at the Lofts at Ventura due to an inquiry on her credit report.

To confirm, Ms. Reed applied for housing at the Lofts at Ventura on April 5, 2022 and was subsequently <u>approved</u>, but later withdrew her application on September 14, 2022. Please confirm same and please also let me know if you are able to provide us with any documents showing that Ms. Reed was approved for housing at the Lofts at Ventura. This would include documents such as Ms. Reed's application for residency, her approval statement/letter, or any other materials showing that she was approved.

Thank you in advance for helping us with this matter as your assistance is much appreciated. Please feel free to reach out to me if you have any questions. My cell is ▌.

Regards,

**Dylan Bass**
Associate Attorney



2929 Allen Parkway, Suite 1600 | Houston, Texas 77019
713.452.4452 Direct | 713.452.4400 Main | 713.452.4499 fax
dbass@serpeandrews.com | www.serpeandrews.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the individual(s) or organization named above. If you are not the intended recipient or an authorized representative of the recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email or phone, and delete this email from your system.