**EXHIBIT E**

### California Required Notices

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in CA Civil Code Section 1786.26.

This report was prepared using software provided by LeasingDesk Screening, which can be contacted at: 2201 Lakeside Blvd., Richardson, TX 75082; 1-866-934-1124; or https://www.realpage.com/support/consumer/.

### Avisos obligatorios en el estado de California

El presente informe no garantiza la exactitud ni la veracidad de la información con respecto al tema de investigación, sino únicamente que es una copia exacta de los registros públicos y es posible que la información generada como consecuencia del robo de identidad, incluidos los registros de antecedentes delictivos, se haya asociado por error con el consumidor objeto del presente informe.

Una agencia de investigación de verificación de crédito proporcionará al consumidor que desee obtener una copia de un informe o que solicite la revisión de un archivo un aviso por escrito en inglés y español, escrito en un lenguaje simple y claro, que establezca los términos y condiciones de su derecho a recibir todas las divulgaciones conforme a la Sección 1786.26 del Código Civil de California.

Este informe se preparo con el software proporcionado pro LeasingDesk Screening, que puede contractarse en: 2201 Lakeside Blvd., Richardson, TX 75082; 1-866-934-1124; or https://www.realpage.com/support/consumer/.



**The final decision is Approved with Conditions**                                    Print

| Applicant Type | Scoring Factors | | Score |
|---|---|---|---|
| Tax Credit | | 596 | |
| ▼ Denyonna Naomi Reed | | | |
| | Alerts | (Details) | |
| | Federal Criminal | (Details) | |
| | Sex Offender Criminal | (Details) | |
| | Criminal & Other Records | (Details) | |
| | Rental History & Eviction | (Details) | |
| | Custom Questions | | |

| Lease | Property | Notes |
|---|---|---|