UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DENYONNA N. REED | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | COMPLAINT 5:22-cv-00068 |
| | § | |
| I.Q. DATA INTERNATIONAL, INC. | § | |
| | § | |
| Defendant. | § | |

**ORDER ON DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S
MOTION TO COMPEL AND MOTION FOR SANCTIONS**

On this day, the Court considered Defendant I.Q. Data International, Inc.'s ("IQ Data") Motion to Compel Discovery and Motion for Sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rules CV-16(d) and CV-26(a) (the "Motion"). The Court, having considered this Motion, response, reply, and arguments of counsel, if any, is of the opinion that Defendant IQ Data's Motion is good and should be, and hereby is, in all things **GRANTED**. It is therefore:

**ORDERED**, that Defendant IQ Data's Motion to Compel Discovery and Motion for Sanctions is **GRANTED**.

**ORDERED**, that within fourteen (14) days of this Order, Plaintiff must:

(a)  produce documents evidencing that Plaintiff was denied housing;

(b)  produce documents reflecting the approval of Plaintiff's application for housing at Ventura;

(c)  supplement her discovery responses by disclosing the name of any apartment complex of which Plaintiff contends she applied for housing but was subsequently rejected/denied due to debt at issue being listed on her credit report; and

  (d) produce any documents reflecting the approval or denial of any application Plaintiff made for housing at any apartment complex other than Ventura.

**ORDERED**, that Plaintiff must pay Defendant IQ Data for its reasonable expenses incurred in making of this Motion, including attorney's fees to be determined at a later date.

**ORDERED**, that if Plaintiff fails to provide the requested documents within fourteen (14) days following the date this Order is signed below, Plaintiff's claims against Defendant I.Q. Data International, Inc. will be dismissed with prejudice to the refiling of same pursuant to Rule 37(b)(2).

SIGNED this _____ day of _____ 2023.

_____
JUDGE PRESIDING