IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DENYONNA N. REED,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO. SA-22-CA-68-FB** |
| | ) | |
| **I.Q. DATA INTERNATIONAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER REGARDING ELECTION TO PROCEED BEFORE
### UNITED STATES MAGISTRATE JUDGE

Before the Court is the status of the above styled and numbered cause. The parties inform the Court that mediation proved unsuccessful and they request that this case be set for jury selection and trial. (Docket no. 61).

In accordance with the provisions of Title 28 U.S.C. section 636(c), the parties may waive the right to proceed before the Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including the entry of a final Judgment. *See* (Sch. Ord. [docket no. 17] at ¶ 9 & attached form).

Civil matters in this Court are subject to the criminal docket. Therefore, this case may be able to be resolved in a more timely fashion should both parties consent.

The parties are also reminded "that if they choose to stay on this district court's docket (and do not consent to proceed to trial before a United States Magistrate Judge), from time to time the Court has three or four day blocks of time available and will not hesitate to . . . direct the parties to appear for trial with as little as forty-eight hours' notice." (Ord. & Adv. [docket no. 10] at p. 2). This case may be set for trial on a date certain should both parties consent.

IT IS THEREFORE ORDERED that the parties are DIRECTED to file advisories with the District Clerk, **on or before March 8, 2024**, indicating whether or not they elect to consent to proceed before the Magistrate Judge. (See attached forms).

It is so ORDERED.

SIGNED this 23rd day of February, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DENYONNA N. REED,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO. SA-22-CA-68-FB** |
| | ) | |
| **I.Q. DATA INTERNATIONAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT OF PLAINTIFF TO PROCEED**
**BEFORE THE UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the Plaintiff to the above-captioned civil matter hereby waives the right to proceed before a Judge of the United States District Court and consent to have the United States Magistrate Judge conduct any and all proceedings in the case, including the entry of a final Judgment. Any appeal shall be taken to the United States Court of Appeals for this judicial circuit, in accordance with 28 U.S.C. § 636(c)(3).

Print name, sign and date:

_____

_____

_____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DENYONNA N. REED,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO. SA-22-CA-68-FB** |
| | ) | |
| **I.Q. DATA INTERNATIONAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### ADVISORY TO THE CLERK BY PLAINTIFF

In accordance with the Court's previous order requiring the submission of a notice regarding the election of proceeding before a United States Magistrate Judge;

Please be advised that the below named Plaintiff elects **NOT** to conduct the trial in this case before the United States Magistrate Judge:

Print name, sign and date:

_____

_____

_____

_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **DENYONNA N. REED,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **V.** | )    **CIVIL ACTION NO. SA-22-CA-68-FB** |
| | ) |
| **I.Q. DATA INTERNATIONAL, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## CONSENT OF DEFENDANT TO PROCEED
## BEFORE THE UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the Defendant to the above-captioned civil matter hereby waives the right to proceed before a Judge of the United States District Court and consent to have the United States Magistrate Judge conduct any and all proceedings in the case, including the entry of a final Judgment. Any appeal shall be taken to the United States Court of Appeals for this judicial circuit, in accordance with 28 U.S.C. § 636(c)(3).

Print name, sign and date:

_____

_____

_____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DENYONNA N. REED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO. SA-22-CA-68-FB** |
| | ) | |
| **I.Q. DATA INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ADVISORY TO THE CLERK BY DEFENDANT

In accordance with the Court's previous order requiring the submission of a notice regarding the election of proceeding before a United States Magistrate Judge;

Please be advised that the below named Defendant elects **NOT** to conduct the trial in this case before the United States Magistrate Judge:

Print name, sign and date:

_____

_____

_____

_____