UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DENYONNA N. REED | § | CIVIL ACTION |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | COMPLAINT 5:22-cv-00068 |
| | § | |
| I.Q. DATA INTERNATIONAL, INC. | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT I.Q DATA INTERNATIONAL, INC.'S CONSENT TO PROCEED TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the Defendant to the above-captioned civil matter hereby waives the right to proceed before a Judge of the United States District Court and consent to have the United States Magistrate Judge conduct any and all proceedings in the case, including the entry of a final Judgment. Any appeal shall be taken to the United States Court of Appeals for this judicial circuit, in accordance with 28 U.S.C. § 636(c)(3).

Date:   March 7, 2024

Respectfully submitted,

**SERPE ANDREWS, PLLC**

By: */s/ Lee H. Staley*
    Lee H. Staley
    Attorney-In-Charge
    State Bar No. 24027883
    Federal Bar No. 30072
    lstaley@serpeandrews.com
2929 Allen Parkway, Suite 1600
Houston, Texas 77019
713/452-4400
713/452-4499 fax

**ATTORNEY FOR DEFENDANT
I.Q. DATA INTERNATIONAL, INC.**