IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DENYONNA N. REED, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-00068-ESC |
| vs. | § § § | |
| I.Q. DATA INTERNATIONAL, INC., | § § | |
| *Defendant.* | § | |

### ORDER SETTING STATUS CONFERENCE

Before the Court is the above-styled cause of action, which was transferred to the docket to the undersigned on March 11, 2024, after all parties consented to the jurisdiction of a United States Magistrate Judge [#66]. All deadlines in the governing Scheduling Order have expired, and the parties have satisfied their obligation to mediate this case under this Court's Local Rules. The Court therefore finds that a status conference is necessary to address the status of this case and whether the parties are ready for a trial setting.

**IT IS THEREFORE ORDERED** that this case is set for a status conference on **April 2, 2024, at 10:30 a.m.** Counsel for all parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Judge Chestney's Courtroom Deputy at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS SO ORDERED.**

SIGNED this 11th day of March, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE