IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DENYONNA N. REED, | § | |
| *Plaintiff,* | § | SA-22-CV-00068-ESC |
| vs. | § | |
| I.Q. DATA INTERNATIONAL, INC., | § | |
| *Defendant.* | § | |

### ORDER SETTING PRETRIAL STATUS CONFERENCE

Before the Court is the above-styled cause of action. The record reflects that this case is set for jury selection and trial on August 5, 2024. It is this Court's practice to set each case for a pretrial status conference approximately two to three months before trial.

**IT IS THEREFORE ORDERED** that a status conference is set in this case at **10:30 a.m. on June 5, 2024**. Counsel must be prepared to discuss the following:

1. Confirm that no motions are pending or will be filed pretrial (except motions in limine);
2. Confirm all discovery is complete;
3. Confirm counsel and witness availability for trial;
4. Confirm estimated length of trial is two days, including jury selection; and
5. Confirm pretrial mediation, required by Local Rule 88, has been completed.

The Court will also address procedures for jury selection and its requirement for the parties to prepare a joint pretrial order. Counsel for all parties are **required to appear by Zoom** for the hearing. The information to join the conference is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Judge Chestney's Courtroom Deputy at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS SO ORDERED.**

SIGNED this 1st day of May, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE